373 F.2d 529
 UNITED STATES of America, Appellee,
v.
Fitchure A. CHESTNUTT, Appellant.
 No. 11017.
 United States Court of Appeals Fourth Circuit.
 Argued February 8, 1967.
 Decided February 14, 1967.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern; John D. Larkins, Jr., Judge.
 Samuel S. Mitchell, Raleigh, N. C. (Romallus O. Murphy, Raleigh, N. C., Reginald L. Frazier, New Bern, N. C. and Mitchell & Murphy, Raleigh, N. C., on brief), for appellant.
 Gerald L. Bass, Asst. U. S. Atty. (Robert H. Cowen, U. S. Atty., and Larry G. Ford, Asst. U. S. Atty., on brief), for appellee.
 Before SOBELOFF, BOREMAN and BRYAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the District Court, D. C., 259 F.Supp. 460, is
 
 
 2
 Affirmed.